IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH RAY GORAM, :
#197204 :
    Plaintiff, :
     :
vs. : CIVIL ACTION 14-480-KD-M
     :
LONNIE JEFFERSON, *et al.*, :
    Defendants. :
     :

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be dismissed without prejudice prior to service of process as frivolous pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B)(i), and as failing to state an adequate claim for recoverable damages pursuant to 42 U.S.C. § 1997e(e).

DONE this 3rd day of December 2014.

                                       s/ Kristi K. DuBose
                                       KRISTI K. DuBOSE
                                       UNITED STATES DISTRICT JUDGE